NOT DESIGNATED
FOR PUBLICATION

# COURT OF APPEAL, FIRST CIRCUIT
# STATE OF LOUISIANA

RE: Docket Number 2018-CA-0170

Dwight Rivera

- - Versus - -

Sid J. Gautreaux in his capacity as East Baton
Rouge Parish Sheriff

19th Judicial District Court
Case #: 621513
East Baton Rouge Parish

On Application for Rehearing filed on 11/13/2019 by Dwight Rivera

Rehearing _____ *DENIED*

_____
J. Michael McDonald

_____
✱William J. Crain

_____
Guy Holdridge

_____
Allison H. Penzato

_____
Walter I. Lanier III

Holdridge J. dissents

✱Justice Will Crain is serving as judge *ad hoc* by special appointment of the Louisiana
Supreme Court.

Date DEC 1 2 2019

_____
Rodd Naquin. Clerk